UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,<br><br>                              Petitioners,<br><br>         - against -<br><br>TIGER CONTRACTING CORP., *also known as*, Tiger Contracting Corporation,<br><br>                              Respondent. | **ORDER**<br><br>21 Civ. 6455 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The following schedule will apply to the petition (Dkt. No. 1):

        1.  Respondent's opposition brief is due by **September 7, 2021**; and

        2.  Petitioners' reply, if any, is due by **September 14, 2021.**

Dated: New York, New York
       August 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge