UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,<br><br>       Petitioners,<br><br>  -against-<br><br>TIGER CONTRACTING CORP. A/K/A TIGER CONTRACTING CORPORATION,<br><br>       Respondent. | **ORDER**<br><br>21 Civ. 6455 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    This is an action to confirm an arbitration award. (Dkt. No. 1) On July 29, 2021, Petitioners filed a petition with this Court seeking an order confirming the Decision and Award of the Joint Trade Board. (Pet. (Dkt. No. 1)) A copy of the Summons and Petition was served on Respondent Tiger Contracting Corporation on August 2, 2021 via the Secretary of State, and proof of service was filed with the Clerk of Court on August 9, 2021. (Dkt. No. 7) Respondent did not appear, answer, or otherwise move with respect to the Petition within the time allowed by law.

    In a September 19, 2021 letter, Petitioners requested that the matter be decided on its submissions, or that Petitioners be given leave to move for summary judgment. (Pet. Letter (Dkt. No. 9)) In a November 30, 2021 order, this Court stated that it would treat the Petition "as an unopposed motion for summary judgment." (Nov. 30, 2021 Order (Dkt. No. 10)) (citing D.H.

Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006)).  On November 28, 2023, this Court granted Petitioners' motion for summary judgment and confirmed the total arbitration award of $22,466.20.  (Dkt. No. 11)  This Court denied without prejudice Petitioners' request for an award of attorneys' fees because Petitioners' papers did not state the amount requested or provide any supporting documentation.  (Dkt. No. 11)

On December 6, 2023, Petitioners filed an affirmation in support of their application for an award of attorneys' fees and costs, requesting $2,880.00 in attorneys' fees and $531.00 in costs.  (Dkt. No. 14)  Petitioners have adequately supported the amount in attorneys' fees and costs that they seek.

Accordingly, it is hereby ORDERED that Petitioners have judgment against Respondent in the total amount of $25,877.20, comprised of the following components:  the arbitration award of $22,466.20 entered by decision of the Joint Trade Board; attorneys' fees of $2,880.00; and court costs and disbursements of $531.00.  The Clerk of Court is directed to enter judgment in favor of Petitioners and to close this case.

Dated:  New York, New York
        December 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge