UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO
AND TRUSTEES OF THE DRYWALL
TAPERS AND POINTERS LOCAL UNION
NO. 1974 BENEFIT FUNDS,

                          Petitioners,                          21 **CIVIL** 6455 (PGG)

        -against-                                   **JUDGMENT**

TIGER CONTRACTING CORP. AIKJ A
TIGER CONTRACTING CORPORATION,
                          Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Order dated December 8, 2023, Petitioners have judgment against Respondent in the total amount of $25,877.20, comprised of the following components: the arbitration award of $22,466.20 entered by decision of the Joint Trade Board; attorneys' fees of $2,880.00; and court costs and disbursements of $531.00. Judgment is entered in favor of Petitioners and the case is closed.

**Dated**: New York, New York
        December 8, 2023

                                                        RUBY J. KRAJICK
                                                          Clerk of Court

                                            **BY:**
                                                    _____
                                                           **Deputy Clerk**